UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NINA SINGH RADCLIFF,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTEN RADCLIFF, et al.,<br><br>    Defendants. | Civil Action No. 20-3669<br><br>**ORDER** |

    For the reasons expressed in the Court's Opinion filed today,

    ITS IS on this 4th day of December 2020,

    ORDERED that Defendant Kristen Radcliff's Motion to Dismiss the complaint [ECF No. 7] and Defendants Richard C. Klein and Cooper Levenson P.A.'s Motion to Dismiss [ECF No. 6] be, and the same hereby are, GRANTED with respect to the Computer Fraud and Abuse Act claim; and it is further

    ORDERED the Court will decline to exercise supplemental jurisdiction over the remaining state law claims.


Date: December 4, 2020        s/ Noel L. Hillman
At Camden, New Jersey      NOEL L. HILLMAN, U.S.D.J.